UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER L. KONZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 09-11544-NMG |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION ON
# CROSS-MOTIONS REGARDING DENIAL OF
# SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

November 8, 2010

DEIN, U.S.M.J.

## I. INTRODUCTION

Plaintiff Jennifer L. Konz ("Konz" or "claimant") has brought this action pro se pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for child's insurance benefits based on disability ("CIBD"). To be eligible for CIBD, the claimant must establish that she is at least eighteen years old and had a disability which began before she reached the age of twenty-two. See 42 U.S.C. § 402(d)(1)(B), 20 C.F.R. § 404.350. The Administrative Law Judge ("ALJ"), using the required five-step sequential evaluation process detailed in 20 C.F.R. § 404.1520(a)(4),

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 2/9/11*